UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARRIE LITTLE,

    Plaintiff,

v.                                         Case No.:  2:23-cv-541-JLB-KCD

ARGINV, LLC,

    Defendant.
_____/

## **ORDER**

Defendant ARGINV, LLC moves to set aside the Clerk's default entered against it. (Doc. 9.) Plaintiff does not oppose this relief. (Doc. 10.) Given the matter is uncontested, and the Court otherwise satisfied Defendant has shown good cause under Fed. R. Civ. P. 55(c), it is now **ORDERED**:

1. Defendant's Motion to Set Aside Clerk's Default (Doc. 9) is **GRANTED**.

2. The Clerk is directed to strike the default at Docket Entry No. 7.

3. Defendant must respond to the pending complaint on or before September 18, 2023.

**ENTERED** in Fort Myers, Florida on September 13, 2023.

Kyle C. Dudek
United States Magistrate Judge

2