UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARRIE LITTLE,

    Plaintiff(s),

CASE NO: 2:23-CV-00541-JLB-KCD

vs.

ARGINV 8787, LLC d/b/a
DENNY's, a Florida Limited Liability
Company,

    Defendant(s),
_____/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on: October 22, 2024 and all required persons were in attendance. The disposition was as follows:

- ☒ The entire action was resolved at mediation.
- ☐ A partial resolution was achieved. Some issues remain for disposition by the Court.
- ☐ The mediation was continued and will be rescheduled.
- ☐ Impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23rd, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/EFC system which will send a notice of electronic filing to Chanelle J. Rafuls, Esq., Esquire, Rafuls Law Group, 12555 Biscayne Blvd North Miami, FL 33181-2522; and Yasir Billoo, Esq., Esquire, International Law Partners, 2122 Hollywood Blvd Hollywood, FL 33020-6701.

    Respectfully Submitted:

    /s/ Denise Wheeler Wright
    Denise Wheeler Wright
    Bar No.: 0017809
    Wright Mediation, Inc.
    4600 Summerlin Road, Suite C-2517
    Fort Myers, FL 33919
    Telephone: (239) 312-3258
    Denise@wrightmediation.com